**Maria Lucia GARCIA–PELAEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–70304.

United States Court of Appeals, Ninth Circuit.

---

Submitted May 15, 2012.*

Filed May 24, 2012.

Maria Lucia Garcia Pelaez, Los Angeles, CA, pro se.

Regina Byrd, Esquire, OIL, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

MEMORANDUM **

Maria Lucia Garcia–Pelaez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") denial of her second motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Lin v. Holder*, 588 F.3d 981, 984 (9th Cir.2009), and we deny the petition for review.

The BIA did not abuse its discretion in denying Garcia–Pelaez's motion to reopen as untimely because the motion was filed almost two years after the BIA's final decision, *see* 8 C.F.R. § 1003.2(c), and Garcia–Pelaez did not establish prima facie eligibility for relief, *see Toufighi v. Mukasey*, 538 F.3d 988, 996–97 (9th Cir.2008) (evidence must demonstrate prima facie

eligibility for relief warranting reopening based on changed country conditions).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

